IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MERITT I. ANDERSON, ) | |
| ) | |
| Petitioner, ) | Civil Case No. 05-606-ST |
| ) | |
| vs. ) | ORDER |
| ) | |
| STATE OF OREGON, ) | |
| ) | |
| Respondent. ) | |

Patrick J. Ehlers
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204

    Attorney for Petitioner

Hardy Myers
Attorney General
Lynn David Larsen
Assistant Attorney General
Department of Justice
1162 Court Street N.E.
Salem, Oregon 97310

    Attorneys for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on May 16, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Petitioner filed objections to the Findings and Recommendation, and respondent filed a response.

When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and Recommendation, I find no error.

Accordingly, I ADOPT Judge Stewart's Findings and Recommendation (#41) and I DISMISS the Amended Petition for Writ of Habeas Corpus (#25).

Dated this 13th day of June, 2007.

/s/ Garr M. King
Garr M. King
United States District Judge